# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> **v.** ) <br> ) <br> **TRAVIS GREENWOOD,** ) <br> ) <br> **DEFENDANT** ) <br> ) | **CRIM. NO. 2:18-CR-191-DBH** |

## ORDER ON DEFENDANT'S MOTION FOR VIDEO SENTENCING

The defendant's unopposed motion for sentencing by video is **GRANTED**.

During the COVID-19 pandemic, Congress has authorized federal judges to sentence by video or teleconference if the defendant consents after consulting counsel, and if "the district judge in a particular case finds for specific reasons that the . . . sentencing in that case cannot be further delayed without serious harm to the interests of justice." Coronavirus Aid, Relief, and Economic Security (CARES) Act, Pub. L. No. 116-136, § 15002(b)(2)(A), (b)(4), 134 Stat. 281, 528-29 (2020).[1]

In this case, the specific reasons include:

> The defendant has been awaiting sentencing since he pleaded guilty July 23, 2019.
> Five previous sentencing dates have come and gone.
> The defendant wishes to have the matter finally resolved.
> An evidentiary hearing will be unnecessary because the parties agree on the base offense level that drug quantity generates, and criminal history can be determined by written and oral legal argument.

---

[1] Other CARES Act requirements are satisfied by Judicial Conference findings and the Chief Judge's Order in this District. At the sentencing hearing, I will inquire of the defendant whether he has consulted with counsel and consents to waiving an in-person sentencing.

> Due to the pandemic the Court has not scheduled any live sentencings.
>
> Further delay will probably result in the defendant losing his current lawyer because of her likely upcoming appointment to the state court.

See Def.'s Mot. (ECF No. 67).

For these reasons the motion for sentencing by video is **GRANTED**.

**SO ORDERED.**

**DATED THIS 22ND DAY OF SEPTEMBER, 2020**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**